JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN VALERIO, | Case No. 2:17-cv-07706-MAA |
| --- | --- |
| Petitioner, | **JUDGMENT** |
| v. | |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Pursuant to the Memorandum Decision and Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 25, 2019

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE